AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America <br> v. <br><br> Roni SIS-Tomas <br> (aka Rony SIS-Tomas; Rony TOMAS) <br><br> *Defendant* | ) <br> ) <br> )    Case No.   3:26-mj-00202 <br> ) <br> ) <br> ) <br> ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Roni SIS-Tomas                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. §1326(a) - Illegal Re-entry

Date:     07/29/2026                                 *Stacie F. Beckerman*
                                                      Issuing officer's signature

City and state:     Portland, Oregon              Stacie F. Beckerman, United States Magistrate Judge
                                                      Printed name and title

---

### Return

This warrant was received on *(date)* 7/29/2026 , and the person was arrested on *(date)* 7/31/2026
at *(city and state)* Salem, OR        .

Date: 7/31/2026

                                                      *[signature]*
                                                      Arresting officer's signature

                                                      J 8544 Marshall
                                                      Printed name and title